UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13084-RWZ

AMY TYRA

v.

CAROLYN W. COLVIN

ORDER

ZOBEL, D.J.

In an order dated August 5, 2015, the Court ordered the plaintiff to pay the $400 filing fee or file a motion for leave to proceed in forma pauperis within 21 days. The Court stated that failure to comply with the order could result in dismissal of the action.

The deadline for complying with the Courts order has passed without any response from the plaintiff.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.


SO ORDERED.


    10/13/15                              /s/ Rya W. Zobel
DATE                                   RYA W. ZOBEL
                                       UNITED STATES DISTRICT JUDGE